ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FRANK S. SALAS, JR., | Case No. CV 10-08704 JST (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| T. L. GONZALEZ, Acting Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: April 12, 2011

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY